AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
DEC -1 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| United States of America<br>v.<br>TODD BECKMAN<br><br>*Defendant(s)* | Case No.   4:16 CR 3257 NCC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 21, 2016__ in the county of __St. Louis County and Jefferson County__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:1201 | Kidnapping |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

SA Brent Nanney, DEA

*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/01/2016__

*Judge's signature*

City and state: __St. Louis, Missouri__    Honorable Noelle C. Collins, U.S. Magistrate Judge

*Printed name and title*